IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DIANE P. RAY,<br><br>    Plaintiff,<br><br>vs.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>    Defendant. | Civil Action No: 2:17-cv-01616<br><br>**Electronically Filed** |

## STIPULATION FOR DISMISSAL

As evidenced below by the signatures of counsel for all parties of record in this case and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties to this action hereby stipulate and agree that any and all claims and counterclaims in this case be dismissed, with prejudice, each party to bear their own fees and costs.

Respectfully submitted,

| | |
|---|---|
| /s/ Brian P. Bronson, Esquire<br>Attorney for Plaintiff<br>QuatriniRafferty, P.C.<br>550 East Pittsburgh Street<br>Greensburg, PA 15601<br>Phone: (724) 837-0080<br>Fax: (724) 837-1348<br>Email: bpb@qrlegal.com | /s/ Shelley R. Hebert, Esquire<br>Attorney for Defendant<br>Seyfarth Shaw LLP<br>233 South Wacker Drive, Ste. 8000<br>Chicago, IL 60606<br>Phone: (312) 460-5845<br>Fax: (312) 460-7000<br>Email: shebert@seyfarth.com |

IT IS SO ORDERED:

_____
Honorable Mark R. Hornak
United States District Judge